# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2654
_____

Lamont Williamson

*Plaintiff - Appellant*

v.

Troy Steele; Unknown Null, Correctional Officer I, Potosi Correctional Center;
Unknown Morris, Sergeant, Potosi Correctional Center; William McKinney,
M.D.; Unknown Tamry, Nurse; Robin Unknown, Nurse; Unknown Casey, Nurse;
Brenium, Unknown; William Milam; Missouri Department of Corrections;
Corizon, Inc.; George Lombardi; Jean Daugherty; Cassandra A. Solomon; Charles
Lawson; Brian Brown; Charles Sullens; Lola Ann Brannum

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: May 25, 2018
Filed: May 31, 2018
[Unpublished]
_____

Before WOLLMAN, BOWMAN, and BENTON, Circuit Judges.
_____

PER CURIAM.

Missouri inmate Lamont Williamson appeals from the judgment entered by the District Court[1] following a jury verdict for defendants in his 42 U.S.C. § 1983 action. We have thoroughly reviewed the issues Williamson has raised on appeal, and we find no basis for reversal. We affirm the judgment and deny Williamson's three pending motions. See 8th Cir. R. 47B.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.